UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :   MISDEMEANOR INFORMATION

　　　- v. -                          :   04 Mag. 2438

CHRIS BYRON,                        :
　　　　　　　　Defendant.              　　**05CRIM. 324**
                                    :
- - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

From in or about March 2003, until in or about October 2003, in the Southern District of New York and elsewhere, CHRIS BYRON, the defendant, unlawfully, wilfully, and knowingly, did take and carry away, with intent to steal and purloin, property and money and other things of value not exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of a bank, credit union, and savings and loan association, to wit, BYRON stole funds that were in the control and custody of banks and credit unions that were connected to a labor union that employed him.

(Title 18, United States Code, Section 2113(b).)

　　　　　　　　　　　　　　　　　　　_/s/ David Kelley_
　　　　　　　　　　　　　　　　　　　DAVID N. KELLEY
　　　　　　　　　　　　　　　　　　　United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 25 2005